Rasha Gerges Shields (State Bar No. 218248)
rgergesshields@jonesday.com
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA  90071.2300
Telephone:  +1.213.489.3939
Facsimile:    +1.213.243.2539

Robert P. Ducatman (admitted *pro hac vice*)
rducatman@jonesday.com
Lisa B. Gates (admitted *pro hac vice*)
lgates@jonesday.com
Lucas R. Franklin (admitted *pro hac vice*)
lrfranklin@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
Telephone: +1.216.586.3939
Facsimile:  +1.216.579.0212

Attorneys for Plaintiff
KAN-DI-KI, LLC, d/b/a DIAGNOSTIC LABORATORIES

FILED
CLERK, U.S. DISTRICT COURT

July 14, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:       CR       DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAN-DI-KI, LLC, d/b/a DIAGNOSTIC LABORATORIES, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>B.O.N. CLINICAL LABORATORIES, LTD., a Nevada corporation,<br><br>Defendant. | **Case No. 2:15-cv-05199 SVW PLA**<br><br>Assigned for all purposes to the Hon. Stephen V. Wilson<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE FILE IN LIGHT OF THE PARTIES' JOINT STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1  As a result of the parties' Joint Stipulation of Voluntary Dismissal of Entire
2  Action Without Prejudice Pursuant to Federal Rule of Civil Procedure
3  41(a)(1)(A)(ii), this action was dismissed without prejudice.  *See* Fed. R. Civ. Proc.
4  §§ 41(a)(1)(A)(ii), (a)(1)(B).
5  IT IS HEREBY ORDERED THAT:
6  The Clerk of the Court shall close the file.

8  **IT IS SO ORDERED**.

11  Dated:  July 14, 2016
_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE